ORIGINAL

FILED
JUN 1 2016
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MODA HEALTH PLAN, INC.<br>     Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Defendant | RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT<br><br>Civil No. 16-649 C |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Modal Health Plan, Inc., in compliance with Court of Federal Claims Rule 7.1. Moda Health Plan, Inc. identifies the following as any parent corporation and any publicly held corporation that owns 10% or more of its stock.

**Moda Inc. — Parent Company**

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 1st day of June, 2016

*/s/ Steven Rosenbaum*

Steven J. Rosenbaum
*Counsel of Record*
Covington & Burling LLP
One CityCenter
800 Tenth Street, N.W.
Washington, D.C., 20001
srosenbaum@cov.com