# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MODA HEALTH PLAN, INC., : | |
| : | Judge Wheeler |
| Plaintiff, : | |
| : | Case No. 16-649C |
| v. : | |
| : | |
| THE UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

By Order of February 9, 2017 (ECF No. 23), the Court granted partial summary judgment to plaintiff, Moda Health Plan, Inc. ("Moda"), and asked the parties to submit a joint status report by March 1, 2017, indicating "the proposed steps and schedule for completing the resolution of this action." Order of February 9 at 40. Given the order for partial summary judgment, the only remaining issue in this case is the amount of risk corridors payments not yet paid to Moda.

On November 19, 2015, the Centers for Medicare & Medicaid Services ("CMS") announced the risk corridors payments and charges for each issuer for benefit year 2014 and the amount that an issuer, such as Moda, would receive from 2014 collections, assuming full collections. On November 18, 2016, CMS announced the Risk Corridors payments and charges for each issuer for benefit year 2015. In that announcement, CMS stated that the collections for the 2015 benefit year would be used first towards the remaining balances on the 2014 benefit year. CMS intends to use collections from the 2016 benefit year to pay remaining balances on the 2014 benefit year, and, if funds are available, to pay balances on the 2015 benefit year. To date, the following risk corridors payments to Moda are unpaid: $75,879,282.72 for benefit year 2014 and $133,951,163.07 for benefit year 2015, for a total of $209,830,445.79.

1

This represents the total amount to which Moda is entitled under the Court's Order of February 9, 2017 and the Complaint. No further proceedings are necessary.

Dated: March 1, 2017                    Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General

/s/ Steven J. Rosenbaum
Steven J. Rosenbaum                     RUTH A. HARVEY
Caroline M. Brown                       Director
Philip J. Peisch                        Commercial Litigation Branch
Covington & Burling LLP
One CityCenter                          KIRK T. MANHARDT
850 Tenth Street, N.W.                  Deputy Director
Washington, D.C., 20001
Telephone: (202) 662-5568
Facsimile: (202) 778-5568               /s/ Phillip. M. Seligman
srosenbaum@cov.com                      PHILLIP M. SELIGMAN
                                        CHARLES E. CANTER
*Attorneys for Moda Health Plan, Inc.*  TERRANCE A. MEBANE
                                        FRANCES M. MCLAUGHLIN
                                        MARC S. SACKS
                                        L. MISHA PREHEIM
                                        United States Department of Justice
                                        Civil Division, Commercial Litigation Branch
                                        Telephone: (202) 307-1105
                                        Facsimile: (202) 307-0494
                                        Phillip.Seligman@usdoj.gov

                                        *Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2017, a copy of the foregoing, *Joint Status Report*, was filed electronically with the Court's Electronic Case Filing (ECF) system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

/s/ Phillip M. Seligman
PHILLIP M. SELIGMAN
United States Department of Justice