# In the United States Court of Federal Claims

No. 16-649C

(Filed: March 2, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|                           |   |
|---------------------------|---|
| MODA HEALTH PLAN, INC.,   | * |
| Plaintiff,                | * |
| v.                        | * |
| THE UNITED STATES,        | * |
| Defendant.                | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR ENTRY OF JUDGMENT

On February 9, 2017, this Court granted partial summary judgment to Plaintiff on the issue of liability. See Opinion and Order, Dkt. No. 23. In its Opinion and Order, the Court directed the parties to file a joint status report setting out a plan for resolving this action. Id. at 40. On March 1, 2017, the parties filed their joint status report. See Dkt. No. 24. In that Report, the parties stipulate that Plaintiff is owed $209,830,445.79 pursuant to the Court's February 9 Order, and agree that no further proceedings are necessary in this case.

Accordingly, the Clerk is directed to enter final judgment for Plaintiff in the amount of $209,830,445.79. Pursuant to Rule 54(d) of the Court of Federal Claims, the Court awards reasonable costs to Plaintiff.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge