# In the United States Court of Federal Claims

No. 16-649 C

**MODA HEALTH PLAN, INC.**

                                                   **JUDGMENT**

    **v.**

**THE UNITED STATES**

       Pursuant to the court's Opinion and Order, filed February 9, 2017, granting plaintiff's cross-motion for partial summary judgment and denying defendant's motion to dismiss, and the court's Order, filed March 2, 2017,

       IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $209,830,445.79.  Reasonable costs are awarded to plaintiff.

                                     Lisa L. Reyes
                                      Acting Clerk of Court

**March 6, 2017**                By:    s/ Debra L. Samler

                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.