# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MODA HEALTH PLAN, INC., | : |
| Plaintiff, | : |
| | : Case No. 16-649C |
| v. | : |
| | : JUDGE WHEELER |
| THE UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 6, 2017.

Dated: May 4, 2017                                     Respectfully submitted,

CHAD A. READLER                                  /s/ Phillip. M. Seligman
Acting Assistant Attorney General            PHILLIP M. SELIGMAN
Civil Division                                             CHARLES E. CANTER
                                                                   TERRANCE A. MEBANE
RUTH A. HARVEY                                    FRANCES M. MCLAUGHLIN
Director                                                     MARC S. SACKS
Commercial Litigation Branch                   L. MISHA PREHEIM
                                                                   United States Department of Justice
KIRK T. MANHARDT                               Telephone: (202) 307-1105
Deputy Director                                        Facsimile: (202) 307-0494
                                                                   Phillip.Seligman@usdoj.gov

                                                                   *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May 2017, a copy of the foregoing, *Notice of Appeal* was filed electronically with the Court's Electronic Case Filing (ECF) system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

/s/ Phillip M. Seligman
PHILLIP M. SELIGMAN
United States Department of Justice